| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Stuart R. Simone, Esq. (SBN 269830)<br>GOMEZ & SIMONE PC<br>450 N. Brand Blvd., Suite 600<br>Glendale, CA 91203<br>Tel: (888) 421-8863<br>Facsimile (206) 337-5550<br><br>Attorneys for Debtor, Margie Miller<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Margie Miller | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 20 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** toliver    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - __Los Angeles__ DIVISION**

| In re:  Margie Miller<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:14-bk-11828-TD<br>CHAPTER:  7<br><br>**ORDER  ☐ GRANTING   ☒ DENYING**<br>**MOTION TO AVOID LIEN UNDER**<br>**11 U.S.C.§ 522(f) (REAL PROPERTY)**<br><br>☒ No hearing held<br>☐ Hearing held<br>Date:<br>Time:<br>Courtroom:<br>Place: |
|---|---|

**Creditor Holding Lien to be Avoided** (*name*): Ford Motor Credit Co., LLC.

The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

Pursuant to 11 U.S.C. § 522(f), Debtor moved to avoid a judicial lien on real property claimed to be exempt.  The court finds and orders as follows:

1. ☐ Notice of this Motion complied with LBR 9013-1(d).

2. ☒ Notice of this Motion complied with LBR 9013-1(o).

    a. ☒ There was no opposition and request for hearing.

    b. ☐ Hearing requested and held as indicated in the caption.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*                            Page 1                       **F 4003-2.1.AVOID.LIEN.RP.ORDER**

3. The real property to which this order applies is as follows:

   a. Street address (*specify*): 3275 Florinda Street, Pomona, California, 91767.

   b. Legal description (*specify*): APN: 8370-025-023          ☐ See attached page

4. Recording information regarding lien to be avoided:

   a. Date of recordation of lien (*specify*): <u>1/05/2012</u>.

   b. Recorder's instrument number or map/book/page number (*specify*): Lot 23 of Tract No. 25371, In the City of Pomona, County of Los Angeles, State of California, as per map recorded in Book 679, Pages 51 through 53, inclusive of maps, in the office of the county recorder of said county.

5. ☐ Motion granted:

   a. ☐ The judicial lien sought to be avoided impairs an exemption to which Debtor would otherwise be entitled under 11 U.S.C. § 522(d)

   b. ☐ The judicial lien is void and unenforceable:

      (1) ☐ In its entirety

      (2) ☐ In the following amount *only*: $ _____. The balance of $ _____ remains a valid and enforceable lien against the property.

6. ☒ Motion denied on the following grounds:    ☐ with prejudice    ☒ without prejudice

   a. ☒ Insufficient notice. 1. All lien holders were not served, as required by LBR 4003-2(c)(2). 2. Debtor seeks to avoid the lien of Ford Motor Credit Company. There is no proof that Ford Motor Credit Company was served with the notice and the motion.

   b. ☒ Insufficient evidence of the exempt status of the property in question

   c. ☐ Failure to comply with FRBP 7004(b)(3) or FRBP 7004(h).

   d. ☐ Insufficient evidence of fair market value.

   e. ☒ Motion is incomplete. The "Date of Current Lien" section, in paragraph 11 of the motion, is mostly blank.

   f. ☒ Other (*specify*):

      1. Debtor must provide evidence of the current amount owed for the mortgage and each lien.

      2. The exhibits for the judge's copy must be properly tabbed.

      3. It is unclear why some of the documents attached to the notice and motion are vertical, instead of horizontal. They are difficult to read.

      4. The Schedule C attached to the notice and motion does not show that Debtor claimed an exemption for this property.

7. ☐ The court further orders as follows (*specify*):

   Date: October 20, 2014

   ☐ See attached page

   *Thomas B. Donovan*
   Thomas B. Donovan
   United States Bankruptcy Judge

   ###

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2013*          Page 2          **F 4003-2.1.AVOID.LIEN.RP.ORDER**